IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: ) | | |
| GERALD NWANKWO ) | | |
| **Debtors(s)** ) | Case No.: 18-16481 (JKF) | |
| ) | | |
| WELLS FARGO BANK, N.A. ) | Chapter 13 | |
| d/b/a WELLS FARGO AUTO ) | | |
| **Movant** ) | Docket No. | |
| ) | | |
| v. ) | | |
| ) | | |
| GERALD NWANKWO ) | | |
| **Respondent(s)** ) | | |
| ) | | |
| SCOTT WATERMAN ) | | |
| **Trustee** ) | | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Wells Fargo Auto and the Debtor in settlement of the Objection To Confirmation, and filed on or about April 8, 2019 in the above matter is APPROVED.

Dated: April 9, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon